# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132722

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 132722
                              COA: 262205
                              Wayne CC: 03-013067-01

LUSH KOLAJ,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007
_____
                                  Clerk

p0319